Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter 7 _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Communications and Entertainment, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Communications and Entertainment <br> Communications & Entertainment Inc. |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 58-1969768 |

4. **Debtor's address**

**Principal place of business**

250 Hembree Park Drive
Number          Street

Suite 114

Roswell                    GA      30076
City                            State      ZIP Code

Fulton County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City              State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City              State        ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://www.ceiav.com/ |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Communications and Entertainment, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5415

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

| Debtor | Communications and Entertainment, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
_____ _____
Number         Street

_____

_____  _____  _____
City                                             State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  Communications and Entertainment, Inc.
_____
Name

Case number (if known)_____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2025
         MM / DD / YYYY

✖ /s/ Rodney Holder
_____
Signature of authorized representative of debtor

Rodney Holder
_____
Printed name

Title  Owner

**18. Signature of attorney**

✖ /s/ Soo Hong
_____
Signature of attorney for debtor

Date  02/22/2025
    MM / DD / YYYY

Soo Hong
_____
Printed name

Blevins & Hong, PC
_____
Firm name

191 Roswell Street
_____
Number       Street

Marietta
_____
City

GA
State

30060
ZIP Code

6783542290
_____
Contact phone

shong@cobbcountylaw.com
_____
Email address

129608
_____
Bar number

GA
_____
State

---

**Fill in this information to identify the case:**

Debtor name _____Communications and Entertainment, Inc._____

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 to Filing date<br><small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $ 62,513.33 |
| **For prior year:** | From 01/01/2024 to 12/31/2024<br><small>MM / DD / YYYY</small>    <small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $ 1,562,522.00 |
| **For the year before that:** | From 01/01/2023 to 12/31/2023<br><small>MM / DD / YYYY</small>    <small>MM / DD / YYYY</small> | ☑ Operating a business<br>☐ Other | $ 1,429,844.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br><small>MM / DD / YYYY</small> | _____ | $_____ |
| **For prior year:** | From _____ to _____<br><small>MM / DD / YYYY</small>    <small>MM / DD / YYYY</small> | _____ | $_____ |
| **For the year before that:** | From _____ to _____<br><small>MM / DD / YYYY</small>    <small>MM / DD / YYYY</small> | _____ | $_____ |

Debtor    Communications and Entertainment, Inc.                                    Case number (if known)_____
                Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

| Debtor | Communications and Entertainment, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $ _____ |
| 5.2. | _____<br>Creditor's name | | _____ | $ _____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $ _____ |

Last 4 digits of account number: XXXX– _____

## Part 3:   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Highland Hill Capital LLC v. Communications and Entertainment, Inc. dba Communications and Entertainment dba CEO AV dba CEI | Breach of Contract | Monroe County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>E2025003314 | | 99 Exchange Blvd # 545<br>Rochester, NY 14614 | |
| 7.2. | Amerifi Capital, LLC v. Communications and Entertainment, Inc. and Rodney Don Holder | Breach of Contract | Connecticut Superior Court - Stamford/Norwalk Judicial District | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | 123 Hoyt Street<br>Stamford, CT 06905 | |

| | |
|---|---|
| Debtor | Communications and Entertainment, Inc. |
| | Name |

Case number (if known)_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Cyberhack and lost money from client | 50,000.00 | 08/10/2024 | $50,000.00 |

Debtor    Communications and Entertainment, Inc.
_____    Case number (if known)_____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Blevins & Hong, P.C. | Chapter 7 Business Bankruptcy Attorney's Fees & Filing Fees | 02/13/2025 | $ 6,000.00 |
| **Address** | | | |
| 191 Roswell Street Marietta, GA 30060 | | | |
| **Email or website address** bk@cobbcountylaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor    Communications and Entertainment, Inc.        Case number *(if known)* _____
       Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Patrick Cole | 2012 Jaguar XJ, VIN: SAJWA1GE4CMV29982 | 02/06/2025 | $ 2,500.00 |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | Buyer | | | |
| 13.2. | Who received transfer? | | 02/06/2025 | $ 2,000.00 |
| | Donnie Holder | 2001 Ford F-250 Pickup Truck, VIN: 2GTEK19T011162977 | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | Buyer | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

---

| Debtor | Communications and Entertainment, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No
     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

     Has the plan been terminated?

     ☐ No
     ☐ Yes

Debtor    Communications and Entertainment, Inc.                                    Case number (if known)_____
            Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

Debtor    Communications and Entertainment, Inc.    Case number *(if known)*_____
_____
Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

Debtor    Communications and Entertainment, Inc.                    Case number *(if known)*_____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ Dates business existed From _____ To _____ |

---

Debtor    Communications and Entertainment, Inc.                                    Case number (*if known*)_____
_____
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Maurice Hamilton - Attaway Linville<br>Name<br>1117 Perimeter Center West, Suite W212, Atlanta, GA 30338 | From 01/01/2019<br>To 02/22/2025 |
| 26a.2.  _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  _____<br>Name | From _____<br>To _____ |
| 26b.2.  _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  _____<br>Name | |

---

Debtor      Communications and Entertainment, Inc.                                    Case number *(if known)*_____
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor  Communications and Entertainment, Inc.
_____
        Name

Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ |
|       Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Val Dempsey | 2628 Camille Drive, Atlanta, GA 30329 | | 11 |
| David Lee | 1408 Defoors Drive NW, Atlanta, GA 30318 | | 11 |
| C&C Holder Solutions Inc. | , | Holding Company | 80 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
- ☑ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
|       Name | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor  Communications and Entertainment, Inc.                                    Case number *(if known)*_____
        Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| Name _____ | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/22/2025
              MM  / DD  / YYYY

✖ /s/ Rodney Holder _____      Printed name  Rodney Holder _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Owner _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name _____Communications and Entertainment, Inc._____      Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**DMKA LLC dba The Smarter Merchant v. Communications and Entertainment, Inc.
dba Communications and Entertainment dba Communications &Entertainment, Inc.,
C&C Holder Solutions Inc., Rodney Don Holder**

**E2025003574**

**Breach of Contract**

**Monroe County Supreme Court**

**99 Exchange Blvd # 545, Rochester, NY 14614**

**Pending**

**-------**


**13) Transfers not already listed on this statement**

**Transferee: Donnie Holder**


**Date of Transfer: 02/06/2025**

**Description: 2018 Eagle Cargo Trailer, VIN: 7FWBE142XJ1002150**

**Value: $2,000.00**

**---**

**Transferee: David Turner**


**Date of Transfer: 02/06/2025**

**Description: 2015 Ford Transit Connect Van, VIN: MN0F70F1220937**

**Value: $0.00**

**---**

**Transferee: Donnie Holder**


**Date of Transfer: 02/06/2025**

**Description: 2013 Chevrolet Silverado Ext Cab LT, VIN: 1GCRCSE04DZ149502**

**Value: $2,000.00**

**---**

**Transferee: Donnie Holder**


**Date of Transfer: 02/06/2025**

Debtor Name    Communications and Entertainment, Inc.                              Case number (if known)_____

## Continuation Sheet for Official Form 207

**Description: 2013 GMC Sierra LT, VIN: 2GTEK19T011162977**

**Value: $2,000.00**

**---**

**Transferee: Donnie Holder**

**Date of Transfer: 02/06/2025**

**Description: 1993 Express Trailer, VIN: 1E9ES1828PC103444**

**Value: $2,000.00**

**---**

Official Form 207                  **Statement of Financial Affairs for Non-Individuals**

**Fill in this information to identify the case:**

Debtor name _____Communications and Entertainment, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 6  4  4  5 | $ 6,697.13 |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ |
| 4.2. | _____ | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 6,697.13 |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ |
| 7.2. | _____ | $ |

Debtor   Communications and Entertainment, Inc.
_____   Case number *(if known)*_____
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|
| 11a. 90 days old or less: | 30,702.12 _____ face amount | – 0.00 _____ doubtful or uncollectible accounts | = ........➔ $ 30,702.12 _____ |
| 11b. Over 90 days old: | 0.00 _____ face amount | – 0.00 _____ doubtful or uncollectible accounts | = ........➔ $ 0.00 _____ |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 30,702.12 _____

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> Equipment _____ | 02/19/2025 <br> MM / DD / YYYY | $_____ | _____ | 1,000.00 <br> $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Communications and Entertainment, Inc.                    Case number *(if known)*_____
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> 25 desks ($75/per), 48 chairs ($40/per), 13 tables ($50/per), 7 bookshelves ($10/per), 1 whiteboard ($5), 3 glass boards (100/per), 10 file cabinets ($5/per), 2 couches ($50/per), 3 refrigerator ($100/per), 1 microwave ($50), | $_____ | _____ | $ 10,345.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> 12 computers ($50/per), 1 printer ($50), 19 monitors ($10/per) | $_____ | _____ | $ 840.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 11,185.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Communications and Entertainment, Inc.    Case number *(if known)*_____
_____
          Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2020 Ford Transit Van, VIN: NM0LS7E27L1466434 | $_____ | _____ | $ 15,000.00 |
| 47.2  2016 Land Rover Range Rover, VIN: SALGR2KF5GA305332 | $_____ | _____ | $ 18,000.00 |
| 47.3  2023 Ford Mavrck, VIN: 3FTTW8E32PRA44850 | $_____ | _____ | $ 30,000.00 |
| 47.4  2020 Ford Transit Connect, VIN: NM0LS7E21L1435180 | $_____ | _____ | $ 15,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>2023 Mid American Trailer, VIN: 4PGBP2422PL094139 | $_____ | _____ | $ 6,000.00 |
| 51.  **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | | $ 84,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor    Communications and Entertainment, Inc.
_____      Case number _(if known)_ _____
      Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

---

Debtor  Communications and Entertainment, Inc.

Name

Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜   $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim   _____

Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $_____

Nature of claim   _____

Amount requested  $_____

76. **Trusts, equitable or future interests in property**

_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $_____
_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor **Communications and Entertainment, Inc.** _____ Case number *(if known)* _____
Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 6,697.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 30,702.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 11,185.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 84,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 133,584.25 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 133,584.25 ................................................................ $ 133,584.25

---

**Fill in this information to identify the case:**

Debtor name _Communications and Entertainment, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name**<br>Ally Servicing LLC | **Describe debtor's property that is subject to a lien**<br>2016 Land Rover Range Rover, VIN: SALGR2KF5GA305332 |

Column A: $ 40,000.00
Column B: $ 18,000.00

**Creditor's mailing address**
PO Box 380902
Bloomington, MN 55438-0902

**Creditor's email address, if known**
_____

**Describe the lien**
_Agreement you made_

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** _2281_

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| | |
|---|---|
| **Creditor's name**<br>Ally Servicing LLC | **Describe debtor's property that is subject to a lien**<br>2020 Ford Transit Connect, VIN: NM0LS7E21L1435180 |

Column A: $28,000.00
Column B: $15,000.00

**Creditor's mailing address**
PO Box 380902
Bloomington, MN 55438-0902

**Creditor's email address, if known**
_____

**Describe the lien**
_Agreement you made_

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** _5791_

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 127,500.00

Debtor    Communications and Entertainment, Inc.
Name    _____    Case number (if known)_____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Ford Credit

_____

Creditor's mailing address

PO Box 650575
Dallas, TX 75265-0575

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number                5355

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2023 Ford Mavrck, VIN: 3FTTW8E32PRA44850

$36,000.00    $30,000.00

Describe the lien

Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
Ford Credit

_____

Creditor's mailing address

PO Box 650575
Dallas, TX 75265-0575

_____

Creditor's email address, if known

_____

Date debt was incurred    _____
Last 4 digits of account
number                2553

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

2020 Ford Transit Van, VIN: NM0LS7E27L1466434

$23,500.00    $15,000.00

Describe the lien

Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Communications and Entertainment, Inc.
_____
Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Communications and Entertainment, Inc.

United States Bankruptcy Court for the:   Northern District of Georgia

Case number
(if known)        _____

☐ Check if this is an
    amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

As of the petition filing date, the claim is: $ 9,914.30    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   P20220000532

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
Georgia Department of Revenue
Compliance Division - ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3205

As of the petition filing date, the claim is: $ 14,800.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is: $ 58,400.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:
Taxes & Other Government Units

Last 4 digits of account
number   _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Debtor  Communications and Entertainment, inc.                        Case number (if known) _____
        Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
ABC/Amega
500 Seneca Street
Suite 503
Buffalo, NY 14204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Collection Agency for Ingram Micro, Inc.

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Accu-Tech
11350 Old Roswell Road
Suite 100
Roswell, GA 30009

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,136.00

Date or dates debt was incurred  _____

Last 4 digits of account number  59573

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Adams, Evans & Ross
3760 Sixes Rd
Suite 126
Canton, GA 30114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Collection Agency for TOA Electronics, Inc.

$ 0.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ADI
260 Old Country Road
Melville, NY 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deficiency Balance

$ 14,500.00

Date or dates debt was incurred  _____

Last 4 digits of account number  13666-000

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Advantage Products Enterprise (APE)
1235 Park Lane S
Jupiter, FL 33458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deficiency Balance

$ 5,400.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
American Express
PO Box 981535
El Paso, TX 79998-1535

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 106,000.00

Date or dates debt was incurred  _____

Last 4 digits of account number  378340517259002

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Communications and Entertainment, Inc.                    Case number *(if known)*_____
        Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

Amerifi Capital, LLC
c/o Gene Rosen's Law Firm
200 Garden City Plaza, Suite 405
Garden City, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35,147.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** | **Nonpriority creditor's name and mailing address**

Anixter, Inc.
2301 Patriot Blvd
Glenview Nas, IL 600268020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,800.00

Date or dates debt was incurred _____

Last 4 digits of account number 270348

---

**3.9** | **Nonpriority creditor's name and mailing address**

Black Box Design, Inc.
PO Box 177
Bozeman, MT 59771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,210.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** | **Nonpriority creditor's name and mailing address**

BPG Management Company, LP
dba SE Property Owner, LLC
1100 Northmeadow Pkwy, Ste 120
Roswell, GA 30076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Landlord

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** | **Nonpriority creditor's name and mailing address**

Cameron Mitchell Rest/Big Rock Chophouse
370 W Nationwide Blvd
Columbus, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit Payment

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150,660.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

Cameron Mitchell Rest/Ocean Prime Fort
Lauderdale
370 W Nationwide Blvd
Columbus, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit Payment

$ 117,550.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**

CDW Direct, LLC
200 N. Milwaukee Ave
Vernon Hills, IL 60061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 7,060.00

Date or dates debt was incurred _____

Last 4 digits of account number   9579799

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**

Channel Partners Capital, LLC
10900 Wayzata Blvd
Ste 300
Minnetonka, MN 55305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 45,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**

Commercial Collection Corporation of NY, Inc.
34 Seymour St
Tonawanda, NY 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency for Synnex Corporation

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**

Contemporary Research
3220 Commander Drive
Suite 102
Carrollton, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 907.00

Date or dates debt was incurred _____

Last 4 digits of account number   02202107

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Communications and Entertainment, Inc.    Case number (if known) _____
    Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**    **Nonpriority creditor's name and mailing address**

Crestron Electronics, Inc.
PO Box 932917
Atlanta, GA 31193-2917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 4,760.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    1000489

---

**3.18**    **Nonpriority creditor's name and mailing address**

DHL Supply Chain
4505 Derrick Industrial Pkwy
Union City, GA 30349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit Payment

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 34,360.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.19**    **Nonpriority creditor's name and mailing address**

DMKA LLC dba The Smarter Merchant
c/o Yeshaya Gorkin, Esq.
PO Box 605
New York, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Pending Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 25,312.60**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.20**    **Nonpriority creditor's name and mailing address**

Duncan-Parnell, Inc.
PO Box 604176
Charlotte, NC 28260-4176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 465.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

**3.21**    **Nonpriority creditor's name and mailing address**

Fenix Funding/JJM Enterprise
370 Lexington Ave
Suite 801
New York, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 60,000.00**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

---

Debtor  Communications and Entertainment, Inc.                Case number (if known) _____
        Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 22** Nonpriority creditor's name and mailing address

Flux Modern Architects
2909 Langford Rd A600
Norcross, GA 30071

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer Deposit Payment

$ 35,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 23** Nonpriority creditor's name and mailing address

ForHair
1090 Powers Place
Alpharetta, GA 30003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customer Deposit Payment

$ 5,330.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3. 24** Nonpriority creditor's name and mailing address

Georgia Power Company
96 Annex
Atlanta, GA 30396-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

$ 850.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 58820-05044

---

**3. 25** Nonpriority creditor's name and mailing address

Grainger
401 S Wright Road
Janesville, WI 53546

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 1,130.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 843878752

---

**3. 26** Nonpriority creditor's name and mailing address

Graybar Electric Company
PO Box 403052
Atlanta, GA 30384-3052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 4,743.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 236787

---

Debtor  Communications and Entertainment, Inc.                 Case number *(if known)*_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address

Guardian Life Insurance Company
PO Box 824404
Philadelphia, PA 19182-4404

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 3,200.00

Date or dates debt was incurred _____

Last 4 digits of account number  00 502645

Is the claim subject to offset?
☑ No
☐ Yes

**3.28** Nonpriority creditor's name and mailing address

Harman Professional, Inc.
8500 Balboa Blvd
Northridge, CA 91329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 29,000.00

Date or dates debt was incurred _____

Last 4 digits of account number  127997

Is the claim subject to offset?
☑ No
☐ Yes

**3.29** Nonpriority creditor's name and mailing address

Heartland AV
9119 W Delano Street
Wichita, KS 67212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 11,863.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.30** Nonpriority creditor's name and mailing address

Hesco
6915 Button Gwinnett Drive
Doraville, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 500.00

Date or dates debt was incurred _____

Last 4 digits of account number  8226

Is the claim subject to offset?
☑ No
☐ Yes

**3.31** Nonpriority creditor's name and mailing address

High Output, Inc.
495 Turnpike Street
Canton, MA 02021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 4,200.00

Date or dates debt was incurred _____

Last 4 digits of account number  CEIGA

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Communications and Entertainment, Inc.                    Case number (if known) _____
            Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32**  Nonpriority creditor's name and mailing address

Highland Hill Capital LLC
c/o David Fogel P.C.
1225 Franklin Ave, Suite 201
Garden City, NY 11530

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 339,466.23

---

**3.33**  Nonpriority creditor's name and mailing address

Ingram Micro, Inc.
1759 Wehrle Drive
Williamsville, NY 14221

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  70-467192-000

$ 77,370.00

---

**3.34**  Nonpriority creditor's name and mailing address

Kramer Electronics USA, Inc.
6 Route 173 West
Clinton, NJ 08809

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  C105895

$ 840.00

---

**3.35**  Nonpriority creditor's name and mailing address

L&B Commercial Security, Inc.
PO Box 1092
Norcross, GA 30091-1092

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 75.00

---

**3.36**  Nonpriority creditor's name and mailing address

Legrand AV
6436 City West Pkwy
Eden Prairie, MN 55344

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  132164

$ 8,000.00

---

Debtor    Communications and Entertainment, Inc.          Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

Lenbrook America
PO Box 5982
Springfield, MA 01101-5982

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 19,821.00

Date or dates debt was incurred    _____

Last 4 digits of account number    COENIN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

Lowell Manufacturing Company
100 Integram Drive
Pacific, MO 63069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 1,918.00

Date or dates debt was incurred    _____

Last 4 digits of account number    3127

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

Max Kopsho
401 Spring Willow Drive
Sugar Hill, GA 30518

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 22,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Menard Electric Company
1360 Union Hill Rd
Suite 4C, Mailbox 48
Alpharetta, GA 30004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 30,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

Mersive Technologies, Inc
1667 Cole Blvd
Suite 225
Lakewood, CO 80401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 1,313.00

Date or dates debt was incurred    _____

Last 4 digits of account number    1100

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Communications and Entertainment, Inc.    Case number _(if Known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Milner, Inc.
PO Box 923197
Norcross, GA 30010-3197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 223.00

Date or dates debt was incurred _____

Last 4 digits of account number    C004841

Is the claim subject to offset?
☑ No
☐ Yes

**3.43** Nonpriority creditor's name and mailing address

Monetaria
40 Wall Street
Suite 2504
New York, NY 10005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Collection Agency for The Smarter Merchant

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.44** Nonpriority creditor's name and mailing address

Newark Element 14
33190 Collection Center Drive
Chicago, IL 60693-0331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 31.00

Date or dates debt was incurred _____

Last 4 digits of account number    807597

Is the claim subject to offset?
☑ No
☐ Yes

**3.45** Nonpriority creditor's name and mailing address

On Deck
4700 W Daybreak Pkwy
Suite 200
South Jordan, UT 84009

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 140,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.46** Nonpriority creditor's name and mailing address

Openpath Security Inc.
PO Box 103253
Pasadena, CA 91189-3253

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 47,470.00

Date or dates debt was incurred _____

Last 4 digits of account number    25579

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** __47__   **Nonpriority creditor's name and mailing address**

Paramount Lock & Hardware
PO Box 1540
Winder, GA 30680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**$ 30,000.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** __48__   **Nonpriority creditor's name and mailing address**

Penske Truck Leasing
PO Box 532658
Atlanta, GA 30353-2658

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**$ 600.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __3CC24N00-0142__

---

**3.** __49__   **Nonpriority creditor's name and mailing address**

ProMotion Technology Group, LLC
29755 Beck Road
Wixom, MI 48393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**$ 30,000.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** __50__   **Nonpriority creditor's name and mailing address**

Pure Water Partners
123 S 3rd Ave
Suite 28
Sandpoint, ID 83864-1262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**$ 240.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __700-26118__

---

**3.** __51__   **Nonpriority creditor's name and mailing address**

Quality Sound Studios
3730 Chamblee Tucker Road
Chamblee, GA 30341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit Payment

**$ 200,000.00**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor    Communications and Entertainment, Inc.    Case number *(if known)*_____
           Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.52**  Nonpriority creditor's name and mailing address

Rapid/Small Business Financial Solutions, LLC
4500 East West Hwy
6th Floor
Bethesda, MD 20814

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

$ 25,400.00

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.53**  Nonpriority creditor's name and mailing address

Robotek Professional Services Group, LLC
1823 Alberta Lane
Winder, GA 30680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Balance

$ 6,000.00

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.54**  Nonpriority creditor's name and mailing address

RS Americas
7151 Jack Newell Blvd S
Fort Worth, TX 76118

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Balance

$ 142.00

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  31059936

---

**3.55**  Nonpriority creditor's name and mailing address

RTR Recovery, LLC
122 E 42nd Street
Suite 2112
New York, NY 10168

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection Agency for Fenix Funding/JJM Enterprise

$ 0.00

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  _____

---

**3.56**  Nonpriority creditor's name and mailing address

SAVI Controls, LLC
2520 Marsh Lane
Carrollton, TX 75006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Deficiency Balance

$ 1,000.00

Date or dates debt was incurred  _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  CEI840

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 57 **Nonpriority creditor's name and mailing address**

Scana Energy
PO Box 105046
Atlanta, GA 30348-5046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   3-3101-3483-7030

$ 1,370.00

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Sennheiser Electronic Corporation
One Enterprise Drive
Old Lyme, CT 06371

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   51040918

$ 5,335.00

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Shure Incorporated
5800 West Touhy Ave
Niles, IL 60714-4608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   1315

$ 2,630.00

---

**3.** 60 **Nonpriority creditor's name and mailing address**

Simpson, Uchitel & Wilson, LLP
3400 Piedmont Rd NE
Suite 1100
Atlanta, GA 30305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney for ADI

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   _____

$ 0.00

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Sound Contracting, Inc.
5665 E Wstover Ave
Suite 104
Fresno, CA 93727

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   _____

$ 760.00

---

Debtor _Communications and Entertainment, Inc._ Case number _(if known)_____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** ⁶² **Nonpriority creditor's name and mailing address**

Spectrum Business - Charter Communication
PO Box 94188
Palatine, IL 60094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   8783 30 009 1068

$ 260.00

---

**3.** ⁶³ **Nonpriority creditor's name and mailing address**

Sweetwater Sound Inc.
5501 US Hwy 30 W
Fort Wayne, IN 46818

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   2060320

$ 240.00

---

**3.** ⁶⁴ **Nonpriority creditor's name and mailing address**

Synnex Corporation
PO Box 406748
Atlanta, GA 30348-6748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   530268

$ 300,000.00

---

**3.** ⁶⁵ **Nonpriority creditor's name and mailing address**

Synter Resource Group
5935 Rivers Ave
Suite 102
Charleston, SC 29406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency for Penske Truck Leasing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** ⁶⁶ **Nonpriority creditor's name and mailing address**

T-Mobile Bellingham
3440 W Bakerview
Bellingham, WA 98226-8105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit Payment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 49,800.00

---

Debtor   Communications and Entertainment, Inc.                                    Case number (if known)_____
         Name

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.67** Nonpriority creditor's name and mailing address

Team 1st Technologies
4500 Anaheim Ave NE
Bldg B, Ste 1
Albuquerque, NM 87113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

TechDemand, LLC
8303 Pulaski Hwy
Suite D
Rosedale, MD 21231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 765.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

The Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Attorney for Harman Professional, Inc

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

The Smarter Merchant
345 7th Ave
New York, NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies Loaned / Advanced

$ 26,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

TOA Electronics, Inc.
1 Hermon Plaza
Suite 700
Secaucus, NJ 07094

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 1,270.00

Date or dates debt was incurred _____

Last 4 digits of account number    103582-000

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___Communications and Entertainment, Inc.___    Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.72**  Nonpriority creditor's name and mailing address

Tolleson, Inc.
803 Airpark Commerce Drive
Nashville, TN 37217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73**  Nonpriority creditor's name and mailing address

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 100.00

Date or dates debt was incurred _____

Last 4 digits of account number   5XX-616

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.74**  Nonpriority creditor's name and mailing address

United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 1,850.00

Date or dates debt was incurred _____

Last 4 digits of account number   59733

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.75**  Nonpriority creditor's name and mailing address

Utica National Insurance Group
PO Box 6532
Utica, NY 13504-6532

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

$ 6,000.00

Date or dates debt was incurred _____

Last 4 digits of account number   207202421

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.76**  Nonpriority creditor's name and mailing address

Vericore, LLC
10115 Kincey Ave.
Suite 100
Huntersville, NC 28078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Collection Agency for Accu-Tech

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Communications and Entertainment, Inc.    Case number *(if known)*
            Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.77** **Nonpriority creditor's name and mailing address**

Vericore, LLC
10115 Kincey Ave.
Suite 100
Huntersville, NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency for Sennheiser Electronic Corporation

$ 0.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.78** **Nonpriority creditor's name and mailing address**

Wagnor, Falconer & Judd, LTD
100 S Fifth Street
Suite 800
Minneapolis, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Attorney for Anixter, Inc.

$ 0.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.79** **Nonpriority creditor's name and mailing address**

WAVE Electronics
8648 Glenmont #130
Houston, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 1,473.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 39458

---

**3.80** **Nonpriority creditor's name and mailing address**

West Penn Wire Corporation/Belden
28884 Network Place
Chicago, IL 60673-1288

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 655.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 53338

---

**3.81** **Nonpriority creditor's name and mailing address**

Whirlwind Music
99 Ling Road
Rochester, NY 14612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 45.00

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 24103

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 17 of 19

Debtor    Communications and Entertainment, Inc.
         Name
                                                          Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 82    **Nonpriority creditor's name and mailing address**

Worldwide Express
29228 Network Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 6,300.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    W332689513

---

**3.** 83    **Nonpriority creditor's name and mailing address**

WyreStorm Technologies Proav Corporation
Tech Valley Park
23 Wood Rd, Ste 600
Round Lake, NY 12151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 7,362.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor    Communications arts Entertainment, Inc.                    Case number *(if known)*
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 83,114.30 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,249,207.83 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,332,322.13 |

**Fill in this information to identify the case:**

Debtor name ___Communications and Entertainment, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): _____  Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Rental Lease: 250 Hembree Park Drive, Suite 114, Roswell, GA 30076 Lessee | BPG Management Company, LP dba SE Property Owner, LLC 1100 Northmeadow Pkwy, Ste 120 Roswell, GA, 30076 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name _Communications and Entertainment, Inc._

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Tim A. Gorisek | 1558 School House Run<br>Dacula, GA 30019 | Ally Servicing LLC | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Donnie Holder | 460 Holder Road<br>Temple, GA 30179 | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Communications and Entertainment, Inc.___

United States Bankruptcy Court for the: ___Northern District of Georgia___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................... $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................ $ ___133,584.25_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................... $ ___133,584.25_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ $ ___127,500.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ........................................ $ ___83,114.30_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................... +$ ___2,249,207.83_

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $ ___2,459,822.13_

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Communications and Entertainment, Inc.__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/22/2025__          ✘ /s/ Rodney Holder
          MM / DD / YYYY          _____
                                  Signature of individual signing on behalf of debtor

                                  Rodney Holder
                                  _____
                                  Printed name

                                  Owner
                                  _____
                                  Position or relationship to debtor

---

ABC/Amega
500 Seneca Street
Suite 503
Buffalo, NY 14204

Accu-Tech
11350 Old Roswell Road
Suite 100
Roswell, GA 30009

Adams, Evans & Ross
3760 Sixes Rd
Suite 126
Canton, GA 30114

ADI
260 Old Country Road
Melville, NY 11747

Advantage Products Enterprise (APE)
1235 Park Lane S
Jupiter, FL 33458

Ally Servicing LLC
PO Box 380902
Bloomington, MN 55438-0902

American Express
PO Box 981535
El Paso, TX 79998-1535

Amerifi Capital, LLC
c/o Gene Rosen's Law Firm
200 Garden City Plaza, Suite 405
Garden City, NY 11530

Anixter, Inc.
2301 Patriot Blvd
Glenview Nas, IL 600268020

Black Box Design, Inc.
PO Box 177
Bozeman, MT 59771

BPG Management Company, LP
dba SE Property Owner, LLC
1100 Northmeadow Pkwy, Ste 120
Roswell, GA 30076

Cameron Mitchell Rest/Big Rock Chophouse
370 W Nationwide Blvd
Columbus, OH 43215

Cameron Mitchell Rest/Ocean Prime Fort Lauderdale
370 W Nationwide Blvd
Columbus, OH 43215

CDW Direct, LLC
200 N. Milwaukee Ave
Vernon Hills, IL 60061

Channel Partners Capital, LLC
10900 Wayzata Blvd
Ste 300
Minnetonka, MN 55305

Commercial Collection Corporation of NY, Inc.
34 Seymour St
Tonawanda, NY 14150

Contemporary Research
3220 Commander Drive
Suite 102
Carrollton, TX 75006

Crestron Electronics, Inc.
PO Box 932917
Atlanta, GA 31193-2917

DHL Supply Chain
4505 Derrick Industrial Pkwy
Union City, GA 30349

DMKA LLC dba The Smarter Merchant
c/o Yeshaya Gorkin, Esq.
PO Box 605
New York, NY 10038

Donnie Holder
460 Holder Road
Temple, GA 30179

Duncan-Parnell, Inc.
PO Box 604176
Charlotte, NC 28260-4176

Fenix Funding/JJM Enterprise
370 Lexington Ave
Suite 801
New York, NY 10017

Flux Modern Architects
2909 Langford Rd A600
Norcross, GA 30071

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

ForHair
1090 Powers Place
Alpharetta, GA 30003

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

Georgia Department of Revenue
Compliance Division - ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345-3205

Georgia Power Company
96 Annex
Atlanta, GA 30396-0001

Grainger
401 S Wright Road
Janesville, WI 53546

Graybar Electric Company
PO Box 403052
Atlanta, GA 30384-3052

Guardian Life Insurance Company
PO Box 824404
Philadelphia, PA 19182-4404

Harman Professional, Inc.
8500 Balboa Blvd
Northridge, CA 91329

Heartland AV
9119 W Delano Street
Wichita, KS 67212

Hesco
6915 Button Gwinnett Drive
Doraville, GA 30340

High Output, Inc.
495 Turnpike Street
Canton, MA 02021

Highland Hill Capital LLC
c/o David Fogel P.C.
1225 Franklin Ave, Suite 201
Garden City, NY 11530

Ingram Micro, Inc.
1759 Wehrle Drive
Williamsville, NY 14221

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Kramer Electronics USA, Inc.
6 Route 173 West
Clinton, NJ 08809

L&B Commercial Security, Inc.
PO Box 1092
Norcross, GA 30091-1092

Legrand AV
6436 City West Pkwy
Eden Prairie, MN 55344

Lenbrook America
PO Box 5982
Springfield, MA 01101-5982

Lowell Manufacturing Company
100 Integram Drive
Pacific, MO 63069

Max Kopsho
401 Spring Willow Drive
Sugar Hill, GA 30518

Menard Electric Company
1360 Union Hill Rd
Suite 4C, Mailbox 48
Alpharetta, GA 30004

Mersive Technologies, Inc
1667 Cole Blvd
Suite 225
Lakewood, CO 80401

Milner, Inc.
PO Box 923197
Norcross, GA 30010-3197

Monetaria
40 Wall Street
Suite 2504
New York, NY 10005

Newark Element 14
33190 Collection Center Drive
Chicago, IL 60693-0331

On Deck
4700 W Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Openpath Security Inc.
PO Box 103253
Pasadena, CA 91189-3253

Paramount Lock & Hardware
PO Box 1540
Winder, GA 30680

Penske Truck Leasing
PO Box 532658
Atlanta, GA 30353-2658

ProMotion Technology Group, LLC
29755 Beck Road
Wixom, MI 48393

Pure Water Partners
123 S 3rd Ave
Suite 28
Sandpoint, ID 83864-1262

Quality Sound Studios
3730 Chamblee Tucker Road
Chamblee, GA 30341

Rapid/Small Business Financial Solutions, LLC
4500 East West Hwy
6th Floor
Bethesda, MD 20814

Robotek Professional Services Group, LLC
1823 Alberta Lane
Winder, GA 30680

RS Americas
7151 Jack Newell Blvd S
Fort Worth, TX 76118

RTR Recovery, LLC
122 E 42nd Street
Suite 2112
New York, NY 10168

SAVI Controls, LLC
2520 Marsh Lane
Carrollton, TX 75006

Scana Energy
PO Box 105046
Atlanta, GA 30348-5046

Sennheiser Electronic Corporation
One Enterprise Drive
Old Lyme, CT 06371

Shure Incorporated
5800 West Touhy Ave
Niles, IL 60714-4608

Simpson, Uchitel & Wilson, LLP
3400 Piedmont Rd NE
Suite 1100
Atlanta, GA 30305

Sound Contracting, Inc.
5665 E Wstover Ave
Suite 104
Fresno, CA 93727

Spectrum Business - Charter Communication
PO Box 94188
Palatine, IL 60094

Sweetwater Sound Inc.
5501 US Hwy 30 W
Fort Wayne, IN 46818

Synnex Corporation
PO Box 406748
Atlanta, GA 30348-6748

Synter Resource Group
5935 Rivers Ave
Suite 102
Charleston, SC 29406

T-Mobile Bellingham
3440 W Bakerview
Bellingham, WA 98226-8105

Team 1st Technologies
4500 Anaheim Ave NE
Bldg B, Ste 1
Albuquerque, NM 87113

TechDemand, LLC
8303 Pulaski Hwy
Suite D
Rosedale, MD 21231

The Leviton Law Firm
One Pierce Place
Suite 725W
Itasca, IL 60143

The Smarter Merchant
345 7th Ave
New York, NY 10001

Tim A. Gorisek
1558 School House Run
Dacula, GA 30019

TOA Electronics, Inc.
1 Hermon Plaza
Suite 700
Secaucus, NJ 07094

Tolleson, Inc.
803 Airpark Commerce Drive
Nashville, TN 37217

United Parcel Service
PO Box 809488
Chicago, IL 60680-9488

United Rentals, Inc.
PO Box 100711
Atlanta, GA 30384-0711

Utica National Insurance Group
PO Box 6532
Utica, NY 13504-6532

Vericore, LLC
10115 Kincey Ave.
Suite 100
Huntersville, NC 28078

Wagnor, Falconer & Judd, LTD
100 S Fifth Street
Suite 800
Minneapolis, MN 55402

WAVE Electronics
8648 Glenmont #130
Houston, TX 77036

West Penn Wire Corporation/Belden
28884 Network Place
Chicago, IL 60673-1288

Whirlwind Music
99 Ling Road
Rochester, NY 14612

Worldwide Express
29228 Network Place
Chicago, IL 60673

WyreStorm Technologies Proav Corporation
Tech Valley Park
23 Wood Rd, Ste 600
Round Lake, NY 12151

United States Bankruptcy Court

Northern District of Georgia

In re: Communications and Entertainment, Inc.

Case No.

Chapter   7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:     02/22/2025

/s/ Rodney Holder
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**

Case No._____

Communications and Entertainment, Inc.
_____ Chapter ___7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Val Dempsey<br>2628 Camille Drive, Atlanta, GA 30329 | 11 | General partner |
| David Lee<br>1408 Defoors Drive NW, Atlanta, GA 30318 | 11 | General partner |
| C&C Holder Solutions Inc.<br>, | 80 | |